The National State Bank of Metropolis, appellee, v. O. W. Lyerla and John Marlow, appellants.

Action on promissory note. Order denying motion to set aside judgment by confession. Appeal from the Circuit Court of Massac county; the Hon. A. L. Spiller, Judge, presiding. Heard in this court at the March term, 1926. Affirmed. Opinion filed April 27, 1926.

Charles C. Murrah, for appellants. H. A. Evans, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.

---

L. Cohen Grocery Company, appellee, v. G. L. Limerick et al., appellants.

Assumpsit for goods sold and delivered. Judgment for plaintiff. Appeal from the Circuit Court of Franklin county; the Hon. Julius C. Kern, Judge, presiding. Heard in this court at the March term, 1926. Affirmed. Opinion filed April 27, 1926.

J. E. Carr and George Sawyer, for appellants. Trobaugh & Church, for appellee; L. A. Cranston, of counsel.

Mr. Presiding Justice Boggs delivered the opinion of the court.

---

Theodore R. Dunn, appellee, v. Theodore A. Karr, Jr., executor of the last will and testament of Theodore Karr, Sr., deceased, et al., appellants.

Theodore A. Karr, Jr., executor of the last will and testament of of Theodore Karr, Sr., et al., appellants, v. Theodore R. Dunn et al., appellees.

Bill to remove cloud on title. Decree for complainant. Appeal from the Circuit Court of St. Clair county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed April 27, 1926.

F. J. Tecklenburg, for appellants. M. V. Joyce and Louis Zerwick, for appellees.

Mr. Presiding Justice Boggs delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Med Ledford, plaintiff in error.

Conviction of violation of Prohibition Act. Error to the County Court of Saline county; Hon. A. G. Abney, Judge, presiding. Heard in this court at the March term, 1926. Affirmed. Opinion filed April 27, 1926.

W. W. Wheatley and Rufus Neely, for plaintiff in error. Charles T. Flota, State's Attorney, and K. C. Ronalds, Assistant State's Attorney, for defendant in error.

Mr. Justice Barry delivered the opinion of the court.